Bertha Walsh, defendant in error, v. E. E. Moore and Lulu E. Moore, plaintiffs in error.

Opinion filed September 20, 1929.

Kramer, Kramer & Campbell, for plaintiffs in error; R. E. Costello, of counsel. Louis Beasley and Edward C. Zulley, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.

American National Bank of Mt. Carmel, Illinois, plaintiff in error, v. Robert Woolard and Mary M. Woolard, defendants in error.

Opinion filed October 31, 1929. Rehearing denied December 10, 1929.

Kolb & White, for plaintiff in error. C. H. Schafer and T. H. Creighton, for defendants in error.

Mr. Justice Newhall delivered the opinion of the court.